IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                             CRIMINAL NO.  3:08-cr-70-DPJ-JCS

CHRISTOPHER COLUMBUS BRIGHT

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the criminal indictment against the defendant, CHRISTOPHER COLUMBUS BRIGHT, without prejudice.

DUNN LAMPTON
United States Attorney

Date:  July 25, 2008                         /s/ *Marc A. Perez*
                                     By:    MARC A. PEREZ
                                            Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the indictment.

**SO ORDERED** this the 25th day of July, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE